IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

          v.              Civil No. 07-5091

PREMISES KNOWN AS 2 EALING CIRCLE,
BELLA VISTA, AR  72714                                      DEFENDANT

O R D E R

    Now on this 12th day of September, 2008, comes on for consideration the government's **Motion To Dismiss** (document #8), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed without prejudice.**

    IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE